IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Jones, Sherry A

Printed: 10/16/07

Case Number: 07 B 07928
Judge: Wedoff, Eugene R
Filed: 5/1/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: August 30, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,400.00 |  |
| Secured: |  | 400.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 924.40 |
| Trustee Fee: |  | 75.60 |
| Other Funds: |  | 0.00 |
| Totals: | 1,400.00 | 1,400.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,774.00 | 924.40 |
| 2. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 3. | Cook County Treasurer | Secured | 1,155.00 | 0.00 |
| 4. | DaimlerChrysler Servs North America | Secured | 4,490.18 | 400.00 |
| 5. | America's Servicing Co | Secured | 2,860.93 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 209.09 | 0.00 |
| 7. | RMI/MCSI | Unsecured | 250.00 | 0.00 |
| 8. | Premier Bankcard | Unsecured | 341.16 | 0.00 |
| 9. | Cavalry Portfolio/Collection | Unsecured | 1,134.70 | 0.00 |
| 10. | Asset Acceptance | Unsecured | 200.01 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 379.95 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 5,625.76 | 0.00 |
| 13. | Illinois Dept of Revenue | Priority |  | No Claim Filed |
| 14. | I C Systems Inc | Unsecured |  | No Claim Filed |
| 15. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 16. | Credit One | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 19,420.78 | $ 1,324.40 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 75.60 |
|  | _____ |
|  | $ 75.60 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Jones, Sherry A

Printed:  10/16/07

Case Number:  07 B 07928
Judge:  Wedoff, Eugene R
Filed:  5/1/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_